*R. H. Field, for appellant.   R. J. Meyler, for appellees.*

---

WILLIAM H. MEFFORT *v.* CALLOWAY & IRELAND.

[Abstract Kentucky Law Reporter, Vol. 1—406, as *Meffert v. Calloway.*]

**One Litigant Cannot Assert a Claim for Another.**

> When one who is the party injured is before the court as a party
> and fails or refuses to ask for a recovery, another party to such suit
> cannot claim for him any such a right.

APPEAL FROM LOUISVILLE CHANCERY COURT.

November 11, 1880.

OPINION BY JUDGE PRYOR:

On a re-examination of this record it is apparent that no defense
has been interposed by the appellant to the recovery sought.   It no-
where appears by any pleading that the check had been counter-
manded by Fisher, and the statement in an affidavit made by Meffort
after the judgment had been rendered is of no avail.

Fisher, who is the party injured, was before the court and does

not seek or ask for a recovery of this money. His claim to the fund might have prevailed, but when asserting no claim himself we cannot see how the appellant can claim for him.

The judgment below was proper and is *affirmed*.

*M. Mundy, for appellant.    Russell & Helm, for appellees.*